# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) )   C.A. No. 12-994-LPS |
| ZTE (USA) INC., | ) ) ) |
|     Defendant. | ) ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Data Carriers, LLC and Defendant ZTE (USA) Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND RELEASE AGREEMENT**" and dated July 12, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 16, 2013

| | |
|---|---|
| BAYARD, P.A. | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
| /s/ Stephen B. Brauerman | /s/ Thatcher A. Rahmeier |
| Richard D. Kirk (No. 922) | Thatcher A. Rahmeier (No. 5222) |
| Stephen B. Brauerman (No. 4952) | 1007 N. Orange Street |
| 222 Delaware Avenue | Wilmington, DE 19899 |
| Suite 900 | (302) 888-6412 |
| Wilmington, DE 19801 | thatcher.rahmeier@novakdruce.com |
| (302) 655-5000 | *Attorneys for Defendant ZTE (USA), Inc.* |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |
| *Attorneys for Plaintiff* | |
| *Data Carriers, LLC* | |